IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CR31

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SAMUEL RAY DAVIS. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Motion to Dismiss. Having considered the government's Motion to Dismiss and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss is **GRANTED,** and the indictment is **DISMISSED** without prejudice. The United States Marshal is instructed to process out defendant from custody.

Signed: May 7, 2009

Dennis L. Howell
United States Magistrate Judge